United States District Court
Southern District of Texas
**ENTERED**
December 18, 2019
David J. Bradley, Clerk

**Cause Number:**  4-19-2844-

**Style:**  William Dexter Lucas v Carrington Mortgage Services, et al.

**Appearances:**

| Counsel: | Representing: |
|---|---|
| Walter McInnis (by phone) | Carrington Mortgage Services, Inc. |
|  | Mortgage Electronic Registration Systems, Inc. |
| None | William Dexter Lucas |

Date:  December 17, 2019        ERO:  Yes

Time:  2:09 - 2:15, 2:19 – 2:20 p.m.    Law Clerk:  N/A

## HEARING
## MINUTES AND ORDER

At the scheduling hearing, the following rulings were made:

The plaintiff has twice failed to appear for scheduling conferences.  The plaintiff is ordered within 7 days of this order to show cause as to why his case should not be dismissed for failure to prosecute.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge